**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

MICHAEL TANKERSLEY,
    *Plaintiff,*

*v.*

JAMES W. ALMAND, in his official capacity as
Trustee of the Client Protection Fund, *et al.*,
    *Defendants.*

Civil No. 14-1668

**Hon. Richard D. Bennett**

**SECOND DECLARATION OF
MICHAEL TANKERSLEY**

I, Michael Tankersley, hereby declare:

1.    I am the plaintiff in the above-named case.

2.    I am an attorney who became licensed to practice law in Maryland in 1986.

3.    Throughout the time since I became licensed to practice law in Maryland, I have been employed in the District of Columbia and have resided in Virginia or the District of Columbia. Since 2004, I have been employed as an attorney with the Federal Trade Commission in Washington, D.C.

4.    Throughout the time since I became licensed to practice law in Maryland, I have not been subject to income tax in the State of Maryland, nor have I been obligated to make unemployment insurance contributions payable to the Comptroller or the Secretary of Labor, Licensing, and Regulation.  I have not owned property in Maryland in connection with the practice of law or for any other purpose.

5.    Each year, I confirm my law firm and residential address to the Maryland State Bar Association, the Client Protection Fund of the Bar of Maryland, and the Court of Appeals of Maryland in the course of paying dues, fees and confirming IOLTA compliance to the Court of Appeals. *See* Md. Court Rule 16-608(b). In doing so, I have consistently and truthfully reported that I am an out of state attorney employed in the District of Columbia and that I reside in

Virginia. I also certify that I have no client trust account containing nominal or short-term funds subject to the IOLTA requirement because of my professional activities. The membership directory of the Maryland State Bar Association lists me among the out-of-state attorneys and gives my business address with the Federal Trade Commission in the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of July, 2014.

Michael Tankersley